

**FILED**

SEP 14 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | No. 1:10-CR-00170 LJO |
| vs. | ORDER OF RELEASE |
| RAY WESLEY GRANT, | |
| Defendant. | |

The above named defendant having been sentenced to Time Served on September 14, 2015.

The defendant shall be released with the same previously ordered conditions of supervised release issued on August 27, 2010, in addition to conditions stated on the record, incorporated herein.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: September 14, 2015

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1