# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RAY WESLEY GRANT**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:10CR00170-001**<br><br>Roger Nuttall<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges 1,2,3 as alleged in the violation petition filed on 07/02/2015 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | POSSESSION OF PORNOGRAPHY | 05/24/2015 |
| Charge 2 | UNAPPROVED CONTACT WITH MINORS | 05/24/2015 |
| Charge 3 | FAILURE TO PARTICIPATE IN SEX OFFENDER TREATMENT | 06/24/2015 |

The court: [] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on 08/27/2010 .  The following modification of condition:

   1. The defendant shall have no contact with Bryona Tidwell without prior approval of the probation officer.

   The defendant is sentenced as provided in page 1 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[[✔]    Appeal rights given           []     Appeal rights waived

[✔]    **Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| |
|---|
| September 14, 2015 |
| Date of Imposition of Sentence |
| |
| /s/ Lawrence J. O'Neill |
| Signature of Judicial Officer |
| |
| **LAWRENCE J. O'NEILL**, United States District Judge |
| Name & Title of Judicial Officer |
| |
| September 18, 2015 |
| Date |