# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 1:10-CR-00170-LJO-1 |
| **Plaintiff,** | **ORDER TO REPORT** |
| **v.** | |
| **RAY WESLEY GRANT,** | |
| **Defendant.** | |

In light of the Order of the Ninth Circuit recently issued, the Defendant is hereby ordered to report directly to the Lompoc Federal Prison no later than 2 p.m. on Monday, October 23, 2017 to commence serving his sentence.

IT IS SO ORDERED.

Dated: **October 16, 2017**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1