IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill
Chief United States District Judge
Fresno, California

                                    RE: Ray Wesley GRANT
                                        Docket No.: 1:10CR00170-001
                                        **REQUESTING AUTHORIZATION TO**
                                        **DISPOSE OF SEIZED PROPERTY**

Your Honor:

The purpose of this memorandum is to request authorization from the Court to destroy property seized from the offender during a probation search on May 24, 2015.

By way of review, on July 2, 2015, a Probation Form 12C, Petition for Warrant, was filed in reference to items found during the probation search. Specifically, on May 24, 2015, multiple items were seized from his residence including a clear plastic container, which contained multiple pictures and a picture album of Bryona Tidwell. The offender described the photo album as his "Fantasy Book". All of the pictures were of Ms. Tidwell. Some of the pictures showed Ms. Tidwell in suggestive poses but none were considered to be explicit.

On September 14, 2015, the violation proceedings concluded. In addition to the same conditions of supervision heretofore ordered on August 27, 2010, the Court ordered "The defendant shall have no contact with Bryona Tidwell without prior approval of the probation officer."

On December 18, 2015, the offender voluntarily authorized the disposal and destruction of his property seized during the probation search on May 24, 2015. However, he refused to authorize the destruction of the pictures of Ms. Tidwell.

On July 26, 2017, a Probation Form 12C, Petition for Warrant, was filed against the offender for alleged association with prohibited person, to wit: Ms. Tidwell and association with minors. Eventually Charge 1 of the petition, which alleged contact with Ms. Tidwell, was dismissed. The offender admitted to association with minors.

At this time, the undersigned is recommending the Court order the destruction of the clear plastic container containing the pictures and photo albums of Byrona Tidwell. This request is based on the offender's admission of viewing the images as part of a "Fantasy Book" and the Court ordered special condition prohibiting him from having contact with Bryona Tidwell.

Should the Court need additional information or have questions regarding this matter, the undersigned officer is available at the Court's convenience. This officer can be reached at (559) 734-2933.

Respectfully Submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
Senior United States Probation Officer

Dated: May11, 2018
Visalia, California

**REVIEWED BY:** /s/ Lonnie E. Stockton
**LONNIE E. STOCKTON**
Supervising United States Probation Officer

---

### ORDER OF THE COURT

☒ Approved ☐ Disapproved

IT IS SO ORDERED.

Dated: **May 15, 2018**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE